UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE R. EVANS,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Plaintiff,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　　) | **JUDGMENT** |
| 　　　　　　　　　　　　　　　　　　) | No. 7:13-CV-126-FL |
| OFFICER STEPHEN CASHWELL BRITT and ) | |
| LANKSFORD PROTECTIVE SERVICES,　　 ) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendants.　　　　　　　　 ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered July 23, 2014 and May 21, 2015, and for the reasons set forth more specifically therein, that all claims arising in this case are dismissed.

**This Judgment Filed and Entered on May 21, 2015, and Copies To:**
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)
George R. Evans (via U.S. Mail) Onslow County Detention Facility
　　　　　　　　　　　　　　717 Court Street, Jacksonville, NC 28540


May 21, 2015　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
　　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk