IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:13-cv-126-FL

| | | |
|---|---|---|
| GEORGE R. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OFFICER STEPHEN CASHWELL BRITT, et. al, | ) ) | |
| | ) | |
| Defendants. | ) | |

The matter is before the court on plaintiff's "motion to dismiss any fees under the [Prisoner Litigation Reform Act] as to any appeals taken in the case" (DE 77). This court does not have jurisdiction to hear this motion. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58-59 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significant-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Thus, the clerk of court is DIRECTED to forward plaintiff's motion (DE 77) to the Fourth Circuit Court of Appeals and to terminate the motion in this action.

SO ORDERED, this the 22nd day of December, 2015.

LOUISE W. FLANAGAN
United States District Judge